IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

FELIX PERKINS                                                                                             PLAINTIFF

V.                                                                                                      NO. 2:08CV239-P-D

CLARKSDALE POLICE DEPT., et al.                                                              DEFENDANTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February, 10, 2009, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated February 10, 2009 (docket entry 11), is hereby APPROVED and ADOPTED as the opinion of the court;

2) the order granting Plaintiff permission to proceed IFP (docket entry 4) is WITHDRAWN;

3) Pursuant to 28 U.S.C. § 1915(g), Plaintiff is BARRED from proceeding IFP in any civil matter without paying the filing fee or demonstrating he is in imminent danger of serious physical injury;

4) Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted; and

5) this matter is CLOSED

THIS the 16th day of March, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE